FILED
6/17/2025 12:10 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20255005536
Courtroom, 0205
33188013

FILED DATE: 6/17/2025 12:10 PM    20255005536

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIFTH MUNICIPAL DISTRICT - BRIDGEVIEW

ERIC PEREZ BOCARANDA and )
AIMEE IVETTE GONZALEZ ROMERO )
) Case No.: 20255005536
)
Plaintiff, )
)
v. )
)
EDWIN ROBERT HAJIC and GEOARC )
RESEARCH INC. )
)
Defendants.

## COMPLAINT AT LAW

NOW COMES the Plaintiffs, ERIC PEREZ BOCARANDA and AIMEE IVETTE GONZALEZ ROMERA, by and through their attorneys, BLOCK, KLUKAS, MANZELLA & SHELL, P.C., and complaining of the Defendants, EDWIN ROBERT HAJIC and GEOARC RESEARCH, INC., state as follows:

### FACTS MATERIAL TO ALL COUNTS

1. On July 15, 2023, and at all times material herein, Defendant, GEOARC RESEARCH, INC., ("GEOARC"), was a Domestic Profit Corporation registered to transact business with the State of New Mexico.

2. On July 15, 2023, and at all times material, Defendant, GEOARC, regularly conducted business throughout the State of Illinois within the trucking industry.

3. On July 15, 2023, and at all times material, Defendant, EDWIN ROBERT HAJIC ("HAJIC") was an employee and/or agent of GEORARC, and was operating and controlling a 2013 Toyota Tacoma, VIN 5TFUU4EN2DX060392, which was owned and maintained by Defendant GEOARC.

4. On July 15, 2023, and at all times material, Interstate 294 was an interstate highway running in a north/south direction.

5. On July 15, 2023, and at all times material, Defendant, HAJIC, was northbound on Interstate 294 near milepost 27.25 in Lane 2 of 4.

1

6. On July 15, 2023, and at all times material, Plaintiff, ERIC PEREZ BOCARANDA, ("BOCARANDA") was northbound on Interstate 294 near milepost 2725 in Lane 2 of 4, with Plaintiff, AIMEE IVETTE GONZALEZ ROMERO. ("ROMERO")

## COUNT I
## NEGLIGENCE – BOCARANDA v. HAJIC

1-6. Plaintiff, BOCARANDA, adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count I as though fully set forth herein.

7. On July 15, 2023, and at all times material, Defendant, HAJIC, owed a duty of responsible care to members of the public, including Plaintiff, BOCARANDA in the operation of his motor vehicle.

8. On July 15, 2023, Defendant, HAJIC, was negligent in one or more of the following respects:

   a. Drove his vehicle upon a public way at a speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the roadway, contrary to 625 ILCS 5/11-601;

   b. Drove his vehicle upon a public way at a speed that endangered the safety of persons, contrary to 625 ILCS 5/11-601;

   c. Drove his vehicle upon a public way at a speed that endangered the safety of property, contrary to 625 ILCS 5/11-601;

   d. Failed to keep a proper lookout for other vehicles;

   e. Failed to see and observe the Plaintiff's vehicle, when in the exercise of reasonable care, he should have seen said vehicle;

   f. Failed to maintain and keep proper control of his vehicle;

   g. Failed to operate his motor vehicle so as to avoid a collision, although he saw or should have seen that it was impending and had ample opportunity to avoid it.

   h. Was otherwise careless and negligent.

9. That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide violently with Plaintiff's vehicle, causing Plaintiff, BOCARANDA, serious injuries to his person.

2

10. That as a direct and proximate result, Plaintiff, BOCARANDA, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from his usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, ERIC PEREZ BOCARANDA, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, ERIC PEREZ BOCARANDA, prays for judgment in his favor and against the Defendant, EDWIN ROBERT HAJIC, in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

## COUNT II
## RESPONDEAT SUPERIOR – BOCARANDA v. GEOARC

1-6. Plaintiff, BOCARANDA, adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count II as though fully set forth herein.

7. On July 15, 2023, and at all times material, Defendant, HAJIC, acted as an employee and/or actual, apparent, or implied agent of GEOARC.

8. On July 15, 2023, and at all times material, Defendant, HAJIC, was acting within the course and scope of his agency with GEOARC as Defendant, HAJIC, was operating his vehicle.

9. At all times relevant, Defendant, GEOARC, by and through its agent, HAJIC, owed a duty of responsible care to members of the public, including Plainitff, BOCARANDA, in the operation of his motor vehicle.

10. On July 15, 2023, Defendant, GEOARC, by and through its agent, HAJIC, was negligent in one or more of the following respects:

    a. Failed to adequately instruct and/or train the Defendant, HAJIC, in the safe operation of the vehicle;

    b. Failed to determine if the Defendant, HAJIC, possessed adequate skills, competency, experience and knowledge necessary to safely operate said motor vehicle;

    c. Failed to test the Defendant, HAJIC, to determine his skills, competency, experience and knowledge in safely operating said vehicle;

    d. Was otherwise careless and negligent.

11. That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide

3

FILED DATE: 6/17/2025 12:10 PM   20255005536

violently with Plaintiff's vehicle, causing Plaintiff, BOCARANDA, serious injuries to his person.

12. That as a direct and proximate result, Plaintiff, BOCARANDA, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from his usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, ERIC PEREZ BOCARANDA, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, ERIC PEREZ BOCARANDA, prays for judgment in his favor and against the Defendant, GEOARCH RESEARCH, INC., in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

## COUNT III
## VICARIOUS NEGLIGENCE – BOCARANDA v. GEOARC

1-6. Plaintiff, BOCARANDA, adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count III as though fully set forth herein.

7. On July 15, 2023, and at all times material, Defendant, HAJIC acted as an employee and/or actual, apparent, or implied agent of Defendant, GEOARC.

8. On July 15, 2023, and at all times material, Defendant, HAJIC, was acting within the course and scope of his agency with GEOARC, as Defendant, HAJIC, was operating his vehicle while employed by Defendant, GEOARC.

9. At all times relevant, Defendant, GEOARC, by and through its agent, HAJIC, owed a duty of responsible care to members of the public, including Plainitff, BOCARANDA, in the operation of a motor vehicle.

10. On July 15, 2023, Defendant GEOARC, by and through its agent, HAJIC, was negligent in one or more of the following respects:

    a. Drove his vehicle upon a public way at a speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the roadway, contrary to 625 ILCS 5/11-601;

    b. Drove his vehicle upon a public way at a speed that endangered the safety of persons, contrary to 625 ILCS 5/11-601;

    c. Drove his vehicle upon a public way at a speed that endangered the safety of property, contrary to 625 ILCS 5/11-601;

    d. Failed to keep a proper lookout for other vehicles;

4

 e. Failed to see and observe the Plaintiff's vehicle, when in the exercise of reasonable care, he should have seen said vehicle;

 f. Failed to maintain and keep proper control of his vehicle;

 g. Failed to operate his motor vehicle so as to avoid a collision, although he saw or should have seen that it was impending and had ample opportunity to avoid it.

 h. Was otherwise careless and negligent.

11. That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide violently with Plaintiff's vehicle, causing Plaintiff, BOCARANDA, serious injuries to his person.

12. That as a direct and proximate result, Plaintiff, CBOCARANDA, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from his usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, ERIC PEREZ BOCARANDA, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, ERIC PEREZ BOCARANDA, prays for judgment in his favor and against the Defendant, GEOARC RESEARCH, INC., in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

## COUNT IV
## NEGLIGENCE – ROMERO v. HAJIC

1-6. Plaintiff, AIMEE IVETTE GONZALEZ ROMERO ("ROMERO"), adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count IV as though fully set forth herein.

7. On July 15, 2023, and at all times material, Defendant, HAJIC, owed a duty of responsible care to members of the public, including Plaintiff, ROMERO, who was a passenger in the automobile operated by Plaintiff, BOCARANDA.

8. On July 15, 2023, Defendant, HAJIC, was negligent in one or more of the following respects:

 a. Drove his vehicle upon a public way at a speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the roadway, contrary to 625 ILCS 5/11-601;

5

    b.    Drove his vehicle upon a public way at a speed that endangered the safety of persons, contrary to 625 ILCS 5/11-601;

    c.    Drove his vehicle upon a public way at a speed that endangered the safety of property, contrary to 625 ILCS 5/11-601;

    d.    Failed to keep a proper lookout for other vehicles;

    e.    Failed to see and observe the Plaintiff's vehicle, when in the exercise of reasonable care, he should have seen said vehicle;

    f.    Failed to maintain and keep proper control of his vehicle;

    g.    Failed to operate his motor vehicle so as to avoid a collision, although he saw or should have seen that it was impending and had ample opportunity to avoid it.

    h.    Was otherwise careless and negligent.

9.    That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide violently with Plaintiff's vehicle, causing Plaintiff, ROMERO, serious injuries to her person.

10.    That as a direct and proximate result, Plaintiff, ROMERO, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from her usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, prays for judgment in her favor and against the Defendant, EDWIN ROBERT HAJIC, in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

**COUNT V**
**RESPONDEAT SUPERIOR – ROMERO v. GEOARC**

1-6.    Plaintiff, ROMERO, adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count V as though fully set forth herein.

7.    On July 15, 2023, and at all times material, Defendant, HAJIC, acted as an employee and/or actual, apparent, or implied agent of GEOARC.

8. July 15, 2023, and at all times material, Defendant, HAJIC, was acting within the course and scope of his agency with GEOARC as Defendant, HAJIC, was operating his vehicle.

9. At all times relevant, Defendant, GEOARC, by and through its agent, HAJIC, owed a duty of responsible care to members of the public, including Plainitff, ROMERO, in the operation of his vehicle.

10. On July 15, 2023, Defendant, GEOARC, by and through its agent, HAJIC, was negligent in one or more of the following respects:

   a. Failed to adequately instruct and/or train the Defendant, HAJIC, in the safe operation of the vehicle;

   b. Failed to determine if the Defendant, HAJIC, possessed adequate skills, competency, experience and knowledge necessary to safely operate said motor vehicle;

   c. Failed to test the Defendant, HAJIC, to determine his skills, competency, experience and knowledge in safely operating said vehicle;

   d. Was otherwise careless and negligent.

11. That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide violently with Plaintiff's vehicle, causing Plaintiff, ROMERO, serious injuries to her person.

12. That as a direct and proximate result, Plaintiff, ROMERO, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from her usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, prays for judgment in her favor and against the Defendant, GEOARC RESEARCH, INC., in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

## COUNT VI
## VICARIOUS NEGLIGENCE – ROMERO v. GEOARC

1-6. Plaintiff, ROMERO, adopts and realleges Paragraphs 1-6 of Facts Common to all Counts as Paragraphs 1-6 of Count III as though fully set forth herein.

7

7. On July 15, 2023, and at all times material, Defendant, HAJIC acted as an employee and/or actual, apparent, or implied agent of Defendant, GEOARC.

8. On July 15, 2023, and at all times material, Defendant, HAJIC, was acting within the course and scope of his agency with GEOARC, as Defendant, HAJIC, was operating his vehicle while employed by Defendant, GEOARC.

9. At all times relevant, Defendant, GEOARC, by and through its agent, HAJIC, owed a duty of responsible care to members of the public, including Plainitff, ROMERO, in the operation of a motor vehicle.

10. On July 15, 2023, Defendant GEOARC, by and through its agent, HAJIC, was negligent in one or more of the following respects:

   a. Drove his vehicle upon a public way at a speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the roadway, contrary to 625 ILCS 5/11-601;

   b. Drove his vehicle upon a public way at a speed that endangered the safety of persons, contrary to 625 ILCS 5/11-601;

   c. Drove his vehicle upon a public way at a speed that endangered the safety of property, contrary to 625 ILCS 5/11-601;

   d. Failed to keep a proper lookout for other vehicles;

   e. Failed to see and observe the Plaintiff's vehicle, when in the exercise of reasonable care, he should have seen said vehicle;

   f. Failed to maintain and keep proper control of his vehicle;

   g. Failed to operate his motor vehicle so as to avoid a collision, although he saw or should have seen that it was impending and had ample opportunity to avoid it.

   h. Was otherwise careless and negligent.

11. That as a direct and proximate cause of one or more of the foregoing acts of negligence and carelessness on the part of Defendant, HAJIC, his vehicle did collide violently with Plaintiff's vehicle, causing Plaintiff, ROMERO, serious injuries to his person.

12. That as a direct and proximate result, Plaintiff, ROMERO, became sick, sore, lame and disabled, suffered pain and anguish, incurred medical expenses, and lost time from her usual occupation and duty.

ALL TO THE DAMAGE of the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, AIMEE IVETTE GONZALEZ ROMERO, prays for judgment in her favor and against the Defendant, GEOARC RESEARCH, INC., in an amount in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

        ERIC PEREZ BOCARANDA and
        AIMEE IVETTE GONZALEZ ROMERO,
        Plaintiffs

BY: /s/ Kyler W. Juckins
      One of Plaintiffs' Attorneys

Kyler Juckins/ARDC No. 6331389
BLOCK, KLUKAS, MANZELLA & SHELL, P.C.
19 W. Jefferson Street
Joliet, Illinois 60432
(815) 726-9999
juckins@blocklaw.com
Cook County No. 38592

9

System Generated Hearing Date: 8/18/2025 9:30 AM
Location: Court Room 0205
Judge: Carmody, Matthew J.

FILED
6/17/2025 12:10 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20255005536
Courtroom, 0205
33188013

FILED DATE: 6/17/2025 12:10 PM 20255005536

# SUMMONS
IN THE STATE OF ILLINOIS, CIRCUIT COURT
☐ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** ERIC PEREZ BOCARANDA, et al
*Who started the case.*   *First, Middle, and Last Name or Business Name*

**20255005536**
**Case Number**

**DEFENDANTS/RESPONDENTS:** EDWIN ROBERT HAJIC and
*Who the case was filed against.* GEOARC RESEARCH, INC.

*First, Middle, and Last Name or Business Name*

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



**☑ 1. 30-DAY SUMMONS**
To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Cook County Fifth Municipal District Court 10220 S. 76th Ave, Bridgeview, Illinois 60455
*Courthouse Street Address*

**- or -**

**☐ 2. DATE CERTAIN SUMMONS**
Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*                 *Time*                                *Courtroom Number*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.
SU-S 1503.7                    Page 1 of 6                    (11/24)

FILED DATE: 6/17/2025 12:10 PM   20255005536

Case Number: 20255005536

**Going to Court for a Date Certain Summons**
Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
       *Courtroom Address*         *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
        *Video Conference Website*

    Log-in information: _____
        *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
        *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

    Phone: _____ or Website: _____
    *Circuit Clerk's Phone Number*         *Website URL*

### 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00 .
    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
    ☐ Yes    ☑ No

### 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:
    ☐ I am having 1 Defendant/Respondent served and their information is on this form below.
    ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 1 .
        *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Edwin Robert Hajic
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_____
*First, Middle, and Last Name*

Street Address: 55 Camino Cabo
    *Street, Apt #*

City, State, ZIP: Santa Fe      New Mexico      87508
    *City*         *State*      *Zip*

Telephone: _____ Email: _____

Case Number: **20255005536**

c. **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
     *Street, Apt #*

City, State, ZIP: _____
     *City     State     Zip*

Telephone: _____ Email: _____

d. **Person who will serve your documents on this Defendant/Respondent:**
☐ Sheriff in Illinois ☑ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
     *County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*
Name: **Eric Perez Bocaranda and Aimee Gonzalez Romera, by Attorney Kyler Juckins**
     *First, Middle and Last Name*

Registered Agent's name, if any _____
     *First, Middle and Last Name*

Street Address **19 W. Jefferson Street**
     *Street, Apt #*

City, State, ZIP: **Joliet,**     **Illinois**     **60432**
     *City     State     Zip*

Telephone: **(815) 726-9999**     Email: **juckins@blocklaw.com**

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____     *Seal of Court*

Clerk of the Court: **6/17/2025 12:10 PM Mariyana T. Spyropoulos**

**To be filled in by an officer or process server:**
Date of Service: _____
*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 6/17/2025 12:10 PM 20255005536

Case Number: 20255005536



# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 20255005536

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
Check if this is not the 1st Summons *issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** ERIC PEREZ BOCARANDA, et al
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** EDWIN ROBERT HAJIC and
*Who the case was filed against.* GEOARC RESEARCH, INC.

*First, Middle, and Last Name or Business Name*

20255005536
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

SU-S 1503.7 Page 5 of 6 (11/24)

FILED DATE: 6/17/2025 12:10 PM 20255005536

Case Number: 20255005536

☐ On the **Business's agent:** _____
                          *First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:
_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:
_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:
_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____ Print Your Name _____

You are: ☐ Sheriff in Illinois      ☐ Special process server
       ☐ Sheriff outside Illinois: _____ ☐ Licensed private detective, license number: _____
                            *County and State*                                                     *License number*

**FEES:**
Service and Return: $_____      Miles: $_____      Total: $_____

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** ERIC PEREZ BOCARANDA, et al
Who started the case. *First, Middle, and Last Name or Business Name*

**20255005536**
Case Number

**DEFENDANTS/RESPONDENTS:** EDWIN ROBERT HAJIC and
Who the case was filed against. GEOARC RESEARCH, CIN.

*First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

Enter the name and address of the next person who will be served with the *Summons*.

A. Defendant/Respondent's **primary address/information** for service:

Name: GEOARC RESEARCH, INC.
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*

Edwin R. Hajic, Registered Agent
*First, Middle, and Last Name*

Street Address 55 Camino Cabo
*Street, Apt #*

City, State, ZIP: Sante Fe        New Mexico        87508
                 *City*            *State*           *Zip*

Telephone: _____    Email: _____

B. **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
                 *City*            *State*           *Zip*

Telephone: _____    Email: _____

C. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.
SU-AD 1506.2                Page 1 of 1                (11/24)

FILED DATE: 6/17/2025 12:10 PM    20255005536